# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. SANDERS, | |
| Petitioner, | 2:11-cv-02064-KJD-VCF |
| vs. | |
| DWIGHT NEVENS et al., | ORDER |
| Respondents. | |

The petitioner has presented the Court with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (received December 21, 2011) and later filed an application to proceed *in forma pauperis*. ECF No. 3.

The Court granted the application to proceed in forma pauperis, directed the Clerk to file the petition and to serve it upon respondents. ECF No. 4. The Order of the Court directed respondents to answer or otherwise respond within 45 days of entry of that order, putting the response due date at April 20, 2012. As of the date of this order, respondents have not appeared or answered. Neither have they sought additional time for same. Respondents shall be given an opportunity to appear and explain their failure to comply with the order of this Court.

**IT IS THEREFORE ORDERED** that Respondents **SHALL FILE A NOTICE OF APPEARANCE** in this matter within *ten days* of issuance of this Order and shall therein provide the

Court with an explanation for their initial failure to appear.

**IT IS FURTHER ORDERED** that the Clerk shall **ELECTRONICALLY SERVE the petition** (ECF No. 1) the **Order of March 6, 2012** (ECF No. 4), **along with this order** upon the respondents.

**IT IS FURTHER ORDERED** that respondents shall comply with the directives and scheduling of this Court as set forth in this and any other Order issued herein.

**IT IS SO ORDERED.**

DATED: July 27, 2012

_____
UNITED STATES DISTRICT JUDGE